` IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICARDO SANCHEZ,

       Petitioner,

vs.                                                 CASE NO. 5:06cv13-RS

JOSE BARRON,

       Respondent.
_____/

## ORDER

Before the court are the magistrate judge's Report and Recommendation (Doc. 3) and petitioner's Response To The Magistrate's Judge's Report (Doc. 4). I have reviewed de novo the issues raised by petitioner's response.

**IT IS ORDERED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. §2241 is summarily denied.

3. The clerk is directed to enter judgment dismissing this action and shall close the file.

ORDERED on February 6, 2006.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**